# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 0:17-CV-60104-KMM

| | |
|---|---|
| ROBERT ORLOFF and<br>JOLIE ORLOFF, | )<br>)<br>) |
|     Plaintiffs, | )<br>) |
| v. | )<br>) |
| TUCKER & TIGHE, P.A., | )<br>) |
|     Defendant. | )<br>) |

## STIPULATED NOTICE OF VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE

The parties, through their undersigned attorneys, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear their own respective costs, expenses, and attorneys' fees.

| | |
|---|---|
| **Dated:** January 15, 2018. | Respectfully Submitted, |
| /s/ Lourdes E. Ferrer | /s/ Michael T. Ross |
| Lourdes E. Ferrer, Esquire | Michael T. Ross, Esq. |
| Florida Bar Number: 0528536 | FBN 91623 |
| Ferrer Law Group, PLLC | Law Office of Michael T. Ross, P.A. |
| 2137 N. Commerce Parkway | 5555 Hollywood Blvd. #303 |
| Weston, Florida 33326 | Hollywood, Florida 33021 |
| Phone: (954) 651-6810 | Phone: (786) 657-6844 |
| Fax: (954) 651-6809 | Fax: (786) 353-0783 |
| E-mail: lferrer@ferrerlawgroup.com | E-mail: michael@flc-law.com |

1

/s/ Daniel M. Brennan, Esq.
Florida Bar No.: 43395
Daniel@tuckertighe.com
Tucker & Tighe, P.A.
800 East Broward Blvd., Suite 710
Fort Lauderdale, Florida 33301
Phone: (954) 467-7744
Fax: (954) 467-7905
Attorney for Tucker & Tighe, P.A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 15, 2018, I electronically filed the Stipulated Notice of Voluntary Dismissal of Action with Prejudice using the CM/ECF system. I certify that all participants in this case are CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Michael T. Ross
Michael T. Ross, Esq.
FBN 91623
Law Office of Michael T. Ross, P.A.
5555 Hollywood Blvd., #303
Hollywood, Florida 33021
Phone: (786) 558-0281
Fax: (786) 353-0783
E-mail: michael@flc-law.com